# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: _____

**BURGER KING CORPORATION,**

    Plaintiff,

v.

**MKMB RESTAURANT PARTNERS LLC,
MARTIN L. KING, and MARC B. BROOKS,**

    Defendants.

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

    MARTIN L. KING
    9351S. Hoyne Avenue
    Chicago, Illinois 60643

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    MICHAEL D. JOBLOVE, Esq.
    NINA GREENE, Esq.
    Genovese Joblove & Battista, P.A.
    Miami Center
    44th Floor
    100 S.E. Second Street
    Miami, Florida 33131

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Steven M. Larimore**
_____   _____
CLERK OF COURT                                                                    DATE


_____
(BY) DEPUTY CLERK